| | |
|---|---|
| 1  STEPHANIE M. HINDS (CABN 154284)<br>    United States Attorney<br>2<br>    THOMAS A. COLTHURST (CABN 99493)<br>3  Chief, Criminal Division<br>4  CHRIS KALTSAS (NYBN 5460902)<br>    Assistant United States Attorney<br>5<br>         450 Golden Gate Avenue, Box 36055<br>6        San Francisco, California 94102-3495<br>         Telephone: (415) 436-6915<br>7        FAX: (415) 436-7234<br>         chris.kaltsas2@usdoj.gov<br>8<br>    Attorneys for United States of America | **FILED**<br><br>Jun 29 2022<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT ANDERSON (a/k/a "Earl");<br><br>SIERRA WILLIAMS; and<br><br>JACOB KOCH<br><br>    Defendants. | CASE NO. 3:22-mj-70850 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 29, 2022, the above-named defendants were arrested pursuant to an arrest warrant (copy attached) issued upon an

    x    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the Eastern District of Texas, Case Number 22-CR-0154 SDJ-KPJ.

In that case (copy of indictment attached), the defendant is charged with a violation(s) of Title 21, United States Code, Section 846 (conspiracy with intent to distribute controlled substances including, but not limited to, cocaine, MDMA, and methamphetamine).

The maximum penalties are as follows: 20 years of imprisonment; a $1 million fine; a three-year term of supervised release; and a mandatory $100 special assessment.

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

Date: June 29, 2022

/s/
CHRIS KALTSAS
Assistant United States Attorney

v. 7/10/2018